CLOSED

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:07-cv-01870-W-RBB
## Internal Use Only

| | |
|---|---|
| Burton v. California Department of Corrections and Rehabilitation et al | Date Filed: 09/24/2007 |
| Assigned to: Judge Thomas J. Whelan | Date Terminated: 10/24/2007 |
| Referred to: Magistrate Judge Ruben B. Brooks | Jury Demand: Plaintiff |
| Demand: $8,000,000 | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Kevin Burton**                                    represented by **Kevin Burton**
C-38062
1173 Front Street
San Diego, CA 92101
PRO SE

V.

**Defendant**

**California Department of Corrections and Rehabilitation**          represented by **Attorney General**
State of California
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101-5266
(619)645-2076
Fax: (619)645-2313
Email:
docketingsdawt@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 10-24-07
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy

**Defendant**

**Director CDCR**                                    represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Evans**
*Warden-SVSP*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Krenke**
*Correctional Lt.*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ramirez**
*CDCR Correctional Sergeant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruncato**
*CDCR Correctional Sergeant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**O'Keeno**
*CDCR Correctional Sergeant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carrasco**
*Correctional Officer*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Silva**
*Correctional Officer*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Contreras**                          represented by **Attorney General**
*Correctional Officer*                              (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Philmon**                            represented by **Attorney General**
*Correctional Officer*                              (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Wilson**                             represented by **Attorney General**
*Correctional Officer*                              (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Horrence**                           represented by **Attorney General**
*Correctional Officer*                              (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Perez**                              represented by **Attorney General**
*Correctional Officer*                              (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Garcia**                             represented by **Attorney General**
*Correctional Officer*                              (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Graywald**                           represented by **Attorney General**
*Correctional Officer*                              (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Goodhume**
*Correctional Officer*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cauntay**
*Medical Technical Assistant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Garcia**
*Medical Technical Assistant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ziegler, -**
*Medical Technical Assistant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Moss**
*Medical Technical Assistant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**
*1 - 50*

**Defendant**

**Salinas Valley State Prisons**

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2007 | 1 | COMPLAINT with Jury Demand against all defendants (Filing fee $ 0. Not paid, motion for IFP submitted), filed by |

| | | |
|---|---|---|
| | | Kevin Burton.(leh) (bar ). (Entered: 09/25/2007) |
| 09/24/2007 | ◑2 | MOTION for Leave to Proceed in forma pauperis by Kevin Burton. (leh)(bar ). (Entered: 09/25/2007) |
| 09/24/2007 | ◑3 | MOTION/Request for Appointment of Counsel by Kevin Burton. (leh) (bar). (Entered: 09/25/2007) |
| 10/24/2007 | ◑4 | Case transferred to Northern District of California. Original file, certified copy of transfer order, and docket sheet sent.. Signed by Judge Thomas J. Whelan on 10/22/07. (Attachments: # 1 Transfer Letter)(aje) (Entered: 10/24/2007) |