E-filing

FILED
SEP 24 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

CV 07   5618 PJH (PR)

KEVIN BURTON
Plaintiff
Vs
California Department of Corrections AND Rehabilitation CDCR, Director CDCR, Mike Evans, Warden, Salinas Valley State Prison, Lt. Krenke, Sergant Ramirez, Sergant Bruncato, Sergant O'Keeno, Correctional officer C/o Carrasco, C/o Silva, C/o Contrers, C/o Philmon, C/o Wilson, C/o Horrence, C/o Perez, C/o Garcia, C/o Graywald, C/o Goodhume, medical Technical Assistant (MTA) MTA Cauntay, MTA Garcia, MTA Ziegler, MTA Moss, Does 1-50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07CV 1870 W RBB

Civil No.

Request FOR APPOINTMENT OF COUNSEL under THE Civil Rights ACT OF 1964, 42 U.S.C. 2000e 5 (f)(1); DECLARATION IN SUPPORT OF REQUEST

KEVIN BURTON,

1. I, the plaintiff in the Above-entitled action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

A. My claim is meritorious.

B. I Have made a reasonably diligent effort to obtain Counsel

C. I am unable to find an attorney willing to repersent me. (Indigent)

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4      B.    Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6      ____ Yes    _X_ No
7      C. If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination? <u>Be specific and support your objections with fact. Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel</u>.

28 (Attach additional sheets as needed)

::ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (3:47pm)    2

1  4.   Have you talked with any attorney about handling your claim?
2        X  Yes        ___ No
3     If "YES," give the following information about each attorney with whom you talked:
4  Attorney: Naumann·Levine·Silldorf   8910 University Center LN #Ste 600
5  When: July 26, 2007          / San Diego, CA 92122
6  Where: from San Diego Central Jail
7  How (by telephone, in person, etc.): Correspondence
8  Why attorney was not employed to handle your claim: "Not feasible", asked under
9  contingency fee Indigent.
10
11
12 Attorney: LAFAVE & Rice    2333 First AV, Ste 201  San Diego, CA 92101
13 When: July 27, 2007
14 Where: from San Diego Central
15 How (by telephone, in person, etc.): Correspondence
16 Why attorney was not employed to handle your claim:
17                                Business decision
18
19
20 Attorney: Alan Pinkerton    101 Broadway  San Diego, CA 92101
21 When: July 11, 2007
22 Where: from San Diego Central Jail
23 How (by telephone, in person, etc.): Correspondence
24 Why attorney was not employed to handle your claim:
25                                No Response
26
27
28 (Attach additional sheets as needed)

:ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (3:47pm)         3

4.

| | | | |
|---|---|---|---|
| Attorney Sergio FERIA, from San Diego Central Jail | July 26, 2007 | Correspondence No Response | 225 Broadway San Diego, CA 92101 |
| Attorney's Casey, Gerry, Schenk, Francavilla. from San Diego Central Jail | July 27, 2007 | Correspondence No Response | 101 Laurel St San Diego, CA 92101 |
| Pacific Law Center from San Diego Central Jail | July 13, 2007 | Correspondence No Response | 333 H St Chula Vista CA, 91910 |
| Attorney Mary Franklin from San Diego Central Jail | July 8, 2007 | Correspondence No Response | 1168 Union St San Diego, CA Ste 101 92101 |
| Attorney Thomas Friedberg From San Diego Central Jail | July 19, 2007 | Correspondence No Response | P.O. Box 6814 610 Wash St San Diego, CA 92166 Ste 1400 |
| Attorney Irwin Zalkin from San Diego Central Jail | July 19, 2007 | Correspondence No Response | 12555 High Bluff Dr San Diego, CA 92130 Ste 260 |
| Attorney Len Simon from San Diego Central Jail | July 24, 2007 | Correspondence No Response | 655 Broadway San Diego, CA 92101 Ste 1900 |

3A

4.

| | | |
|---|---|---|
| Attorney John Schroeder from San Diego Central Jail | July 24, 2007 Correspondence No Response | 1775 #285 Hancock St San Diego, CA 92110 |
| Attorney Larry Eisenberg from San Diego Central Jail | July 31, 2007 Correspondence No Response | 8105 Irvine Ct OR. #560 Irvine, CA 92618 |
| Law Office Pettit Kohn from San Diego Central Jail | Aug 3, 2007 Correspondence No Response | 12250 El Camino Real STE 350 San Diego, CA 92130 |

3B

# LAFAVE & RICE

**ATTORNEYS AT LAW**
2333 FIRST AVENUE
SUITE 201
SAN DIEGO, CALIFORNIA 92101-1520
TELEPHONE (619) 525-3918
FACSIMILE (619) 233-5089

JEFFREY F. LAFAVE
jlafave@lafaverice.com

JOHN J. RICE
jrice@lafaverice.com

PAUL C. BERNER
pberner@lafaverice.com

MONICA M. GRADY
LEGAL ASSISTANT
mgrady@lafaverice.com

JULIE LOPICCOLO
LEGAL ASSISTANT
jlopiccolo@lafaverice.com

July 27, 2007

Kevin Burton
#7714278
San Diego Central Jail
1173 Front Street
San Diego, CA 92101

Re: Potential case

Dear Mr. Burton:

Thank you for contacting our office regarding your potential case. Unfortunately, we are not in a position to take on your case. Please understand that our decision is not a reflection on the merits of your case, rather it is simply a business decision on our part.

Please be aware that there are limitations of time that must be met under the law. These are called statues of limitations. They may be as short as six months for claims against government entities and as long as four years on contract claims. As we are not your counsel, we cannot offer any advice as to what the applicable statute of limitations might be in your matter, as that is something your retained attorney would do. We encourage you to act to protect your rights.

We encourage you to continue to seek counsel. You might try contacting the San Diego County Bar Association referral line to get additional referrals.

We certainly wish you the best.

Sincerely,

John J. Rice
LAFAVE & RICE



**naumann levine silldorf**
ATTORNEYS AT LAW
Complex Civil Litigation

THE AVENTINE
8910 UNIVERSITY CENTER LANE
SUITE 600
SAN DIEGO, CA 92122

TELEPHONE   858.625.3900
            1.800.811.5874
FACSIMILE   858.625.3901
WEB         NLS-LAWYERS.COM

July 26, 2007

Mr. Kevin Burton
#7714278
San Diego Central Jail
1173 Front Street
San Diego, CA 92101

**Re: Potential Claim**

Dear Mr. Burton:

After careful review and consideration, we have concluded that it is not feasible for this law firm to represent you regarding the above matter. This letter is not intended to be an opinion concerning the merits of your case. We are not expressing an opinion as to whether you should take further action in this matter. We are merely indicating that we will be unable to represent you.

You should IMMEDIATELY contact another attorney to obtain legal representation. You should be aware that there are strict time limitations within which you must act in order to protect your rights in this matter. These time limits are complex and vary for different types of legal actions. We recommend that you contact the free San Diego County Lawyer Referral and Informaton Service at 1-800-464-1529 to find representation in this matter.

YOU SHOULD ACT IMMEDIATELY IF YOU WISH TO PURSUE THIS MATTER. FAILURE TO FILE A LAWSUIT WITHIN THE REQUISITE TIME MAY MEAN THAT YOU COULD BE BARRED FOREVER FROM PURSUING YOUR ACTION.

We regret that we could not take your case. We wish you good luck in pursuing the matter with other counsel.

Very truly yours,

**NAUMANN, LEVINE & SILLDORF, LLP**

# CaseyGerry

## CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP

110 Laurel Street, San Diego, CA 92101-1419
Tel (619) 238-1811  Fax (619) 544-9232

David S. Casey, Jr.
Frederick Schenk
Robert J. Francavilla
Gayle M. Blatt
Thomas D. Penfield
Thomas D. Luneau
Jeremy K. Robinson
Wendy M. Behan

*of Counsel*
T. Michael Reed
Scott C. Cummins
Mitchel Olson MD, JD

Richard Westbrook
1944-1982

David S. Casey, Sr.
1913-2003
President,
California State Bar, 1975

Richard F. Gerry
1924-2004
President,
Association of Trial Lawyers
of America, 1982

North County Office
(760) 743-8448

August 16, 2007

Kevin Burton, #7714278
San Diego Central Jail
1173 Front Street
San Diego, CA 92101

Re:  Claim for Personal Injuries
      DOI: January 2005

Dear Mr. Burton:

Thank you for contacting our firm to discuss the possibility of our providing you with legal representation for injuries you suffered in January 2005 while in custody. We have received your hand-written letter dated July 27, 2007. Unfortunately, this matter falls outside the practice areas of our firm. We do, however, appreciate your correspondence.

Sincerely yours,

DAVID S. CASEY, JR.

DSCJ:lb
Cases\Pending\Closing.Ltr\BurtonKevinDSCJ

*Trial Attorneys Since 1947*
www.cglaw.com

1     5. Explain any other efforts you have made to contact an attorney to handle your claim:

2     Indigent, All efforts Correspondence

6. Give any other information which supports your application for the court to appoint an attorney for you: I'm a layman of the Law, Ignorant to Law, can read and write.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

1. Michael Begovich Office of Public Defender
233 A St
San Diego, CA 92101

2. Frank Barone
Office of Public Defender
233 A St
San Diego, CA 92101

3. Sanders & Associates
3960 Industrial Blv. Ste 100
Sacramento, CA 95691

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below: NONE

    A.   <u>Employment</u>

Are you employed now?   ___ yes  (no)  ___ am self-employed

Name and address of employer: NONE

1  If employed, how much do you earn per month? ∅
2  If not employed, give month and year of last employment: June 1998
3  How much did you earn per month in your last employment? $5.25
4  If married, is your spouse employed? ___ yes ___ no  Not married
5  If "YES," how much does your spouse earn per month? N/A
6  If you are a minor under age 21, what is your parents' or guardians' approximate monthly
7  income? _____

9      B.    Assets
10         (i)    Other Income
11 Have you received within the past 12 months any income from a business, profession or other
12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity
13 payments or other sources? ___ yes (no)
14 If "YES," give the amount received and identify the sources:
15     $ Received    Source
17     ∅    ∅

28 (Attach additional sheets as necessary)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      (ii)    Cash

Have you any cash on hand or money in savings or checking accounts? ___ yes ___(no)

    If "YES," state total amount: __∅_____

      (iii)    Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ___(no)

    If "YES," give value and describe it:

| Value | Description |
|-------|-------------|
| NONE  | N/A         |
|       |             |
|       |             |
|       |             |
|       |             |
|       |             |

    C.    Obligations and Debts

      (i)    Dependents

Your marital state is: ___(single) ___ married ___ widowed, separated or divorced.

Your total number of dependents is: __∅_____

List those person you actually support, your relationship to them, and your monthly contribution to their support: NONE

| Name/Relationship | Monthly Support Payment |
|-------------------|-------------------------|
| NONE              | NONE                    |
|                   |                         |
|                   |                         |
|                   |                         |
|                   |                         |
|                   |                         |
|                   |                         |

|   |   |   |
|---|---|---|
| (ii) | **Debts and Monthly Bills** | |

List all creditors, including banks, loan companies and charge accounts, etc.

| **Creditor** | **Total Debt** | **Monthly Payment** |
|---|---|---|

Rent: __NONE__

Mortgage
on Home: __NONE__

Others:

9. Signature _Kevin Burton_

I declare under penalty of perjury that the above is true and correct.

Dated: __Aug 12, 2007__

_Kevin Burton_
Signature

(Notarization is not required)