UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BURTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPT OF CORRECTIONS et al,<br><br>　　　　　Defendants.　　　　　／ | Case Number: CV07-05618 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Burton Prisoner ID C-38062
Jail ID 7714278
1173 Front Street
San Diego, CA 92101

Dated: November 13, 2007

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Nichole Heuerman, Deputy Clerk