2-28-08

TO: Richard W. Wieking,
Clerk of The Court,
U.S. Northern District of California

C07-5618PJH
C07-4367PJH

FILED
MAR 03 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: BURTON vs. CALIFORNIA Department Corrections And Rehabilitation, et al., CASE NO. 07CV1870 W(RBB)

Dear Mr Wieking, Clerk of the Court,

Can you please In the Interest of Justice, acknowledge receipt of this letter, And please Inform me In writing, If you received my (2) Letter's to you; with Change of Address notice(s)? Dated on or around, Dec, 2007, And, On or around Jan, 2008. I'm No longer In the San Diego County Jail.

I'm A Layman At Law, And I'm only trying to protect my Constitutional Rights As A prisoner.

My Address Is:

Kevin Burton C-38062
P.O. Box 799007
R.J. Donovan Prison
San Diego, CA 92179.

Thank you Sir,
Sincerely yours
Kevin Burton 2-28-08

Kevin Burton
C-38062
P.O. Box 799007
RJ Donovan Prison 7-204w
San Diego CA 92179

Confidential
Legal Mail

Richard W. Wieking
Office of the Clerk of The Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102-3434



STATE PRISON
SAN DIEGO CA
29 FEB 2008
USA 41